UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DESHAN SPIVEY #502345** | **CASE NO. 2:23-CV-00647 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KEITH COOLEY ET AL** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Preliminary Injunction and Motion for Transfer [doc. 5] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 2nd day of August, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE