UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**DESHAN SPIVEY** : **DOCKET NO. 2:23-cv-0647**
**D.O.C. # 502345** **SECTION P**

**VERSUS** : **JUDGE JAMES D. CAIN, JR.**

**KEITH COOLEY, ET AL.** : **MAGISTRATE JUDGE KAY**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 23rd day of January, 2024.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**